FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2016 MAY 25  PM 2: 10

MIDDLE D... ...FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.                                                      CASE NO.: 2:16-cr-62-FtM-99MRM

ERIC DAVID ERDMANN                      18 U.S.C. § 2250(a)
a/k/a Eric Erdman,

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

**A. Introduction**

At all times material to this Indictment:

1. On or about July 13, 2010, in the State of Oregon, defendant,

ERIC DAVID ERDMANN
a/k/a Eric Erdman,

was convicted in the Multnomah Circuit Court, Multnomah County, Oregon, case number 09-01-30068, DA 2153456-1, for violation of Oregon Statute § 163.686, encouraging child sexual abuse in the second degree.

2. As a result of that conviction, the defendant was required to register, and keep that registration current, under the Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901 et seq., because the defendant is a sex offender as defined for purposes of the Act.

3. Subsequent to his conviction in the State of Oregon, at an unknown

1

date, the defendant travelled through interstate and foreign commerce to the Kingdom of Cambodia (Cambodia) and resided there until on or about April 27, 2016, when the defendant travelled through interstate and foreign commerce to Charlotte County, Florida.

4. On or about April 29, 2016, and continuing through on or about the date of this indictment, the defendant resided in Charlotte County, Florida, in the Middle District of Florida, without registering as a sexual offender in the State of Florida as required by Florida Statutes.

## B. The Charge

5. On or about April 29, 2016, and continuing through on or about the date of this indictment, in Charlotte County, in the Middle District of Florida,

ERIC DAVID ERDMANN
a/k/a Eric Erdman,,

defendant herein, a person required to register as a sex offender under the Sex Offender Registration and Notification Act, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL,

___5/25/16___  
Date

___Sharon Doern___  
Foreperson

A. LEE BENTLEY, III  
United States Attorney

By: _____  
Michael C. Baggé-Hernández  
Assistant United States Attorney

By: _____  
Jesus M. Casas  
Assistant United States Attorney  
Chief, Fort Myers Division

3

FORM OBD-34
APR 1991

No. 2:16-cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

ERIC DAVID ERDMANN
a/k/a Eric Erdman

## INDICTMENT

Violations:

18 U.S.C. § 2250(a)

A true bill,

_____
Foreperson

Filed in open court this 25th day

of May, 2016.

_____
Clerk

Bail $_____

GPO 863 525