AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
ERIC DAVID ERDMANN
a/k/a Eric Erdman

Defendant

Case No. 2:16-cr-62-FtM-99MRM

RECEIVED
U.S. MARSHAL
2016 MAY 25 PM 2:33
MIDDLE DIST. OF FLORIDA
FT. MYERS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Eric David Erdmann, a/k/a Eric Erdman, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

FILED
2016 MAY 26 AM 9:28
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

This offense is briefly described as follows:

Failure to Register as Sex Offender.

In violation of Title 18, United States Code, Section 2250(a).

Date: 05/25/2016

R.M. [signature]
*Issuing officer's signature*

City and state: Fort Myers, Florida

Sheryl L. Loesch, United States District Court Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 5-25-16, and the person was arrested on *(date)* 5-26-16 at *(city and state)* ______.

Date: 5-26-16

[signature]
*Arresting officer's signature*

[handwritten name]
*Printed name and title*