UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, DIVISION

UNITED STATES OF AMERICA                       CASE NO: 2:16-cr-62-FtM-99-MRM

v.

ERIC DAVID ERDMANN

RELEASE BOND /
ORDER SETTING
CONDITIONS OF RELEASE

In order to reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is ORDERED that the release of the defendant is subject to this BOND and the CONDITIONS marked below. In the event of a failure to appear as required or to surrender as directed for service of any sentence imposed I/,we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter

X             Unsecured Financial Conditions
              *(Signature Bond)*

- The defendant and any sureties executes this bond, binding the defendant/sureties to pay the United States the sum of $ 15,000

☐             Secured Financial Conditions

              *(Agreement to Forfeit Property)*
              *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it and attach):*

*I/We declare under penalty of perjury that I/we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. I/We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this <u>Agreement to Forfeit Property</u> is in effect.*

_____          _____
            Surety                                     Surety

**IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:**

The defendant is placed in the third party custody of:_____ who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ Dated_____
         Third Party Custodian

IT IS ORDERED that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse and Federal Building in the Courtroom directed upon notice.

## ADDITIONAL CONDITIONS OF RELEASE

X   Report as directed by the Pretrial Services Office.

X   Obtain no passport/ Surrender any passport.   Surrender by: May 31, 2016.

☐   Maintain or actively seek verifiable employment

X   Refrain from possessing a firearm, destructive device, or other dangerous weapon. Remove all firearms from the residence.

☐   Refrain from the excessive consumption of alcoholic beverages.

☐   Refrain from any use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

☐   Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring if required as a condition of release.

☐   Report as soon as possible, to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

    X      Abide by the following restrictions on personal association, place of abode, or travel:    Defendant is restricted in travel to the Middle District of Florida

The defendant may also visit his/her attorney if outside this area, after notification to the Pretrial Services Officer. Other travel must be approved by pretrial services. *ANY TRAVEL OUTSIDE THE AREA SET FORTH ABOVE MUST BE SUBMITTED BY WRITTEN NOTIFICATION TO AND APPROVAL BY THE PRETRIAL SERVICES OFFICER AT LEAST THREE (3) DAYS PRIOR TO THE DATE UPON WHICH TRAVEL IS TO COMMENCE.* A courtesy copy of this notification shall be submitted to the Assistant U.S. Attorney.

☐     Submit to a mental health evaluation and/or psychiatric evaluation for medication management purposes including mental health counseling as directed by pretrial services.

X     Submit to a mental health evaluation and/or treatment to include crisis counseling and/or psychiatric/medication management as determined by Pretrial Services.

☐     Participate in a program of inpatient or outpatient substance abuse testing, education or treatment if deemed advisable by Pretrial Services and pay a percentage of the fee as determined by Pretrial Services.

☐     Submit to any method of testing required by the Pretrial Services Office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

X     Participate in one of the following home confinement program components and abide by all the requirements of the program which may include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by Pretrial Services.

X     Electronic Monitoring, Pretrial services to determine the use of a land line or cellular monitoring unit – The defendant is subject to GPS tracking.

X     Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations;   or other activities as pre-approved by the Pretrial Services Office.

☐     Home Incarceration: You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services Office.

☐     Curfew: You are restricted to your residence every day from , _____ or as directed by the Pretrial Services Office.

Revised 2/14  AO 199A  Order Setting Conditions of Release

X      The defendant shall have no unsupervised contact with minors, this includes any verbal, written, telephonic or electronic communication.

☐      The defendant will not have any contact with victims or co-defendants

☐      The defendant may not visit commercial transportation establishments: airports, seaports, marinas, commercial bus terminals, train stations, etc. nor may he obtain any travel documents from these establishments.

X      The defendant shall not have any computer or internet access.  This includes a smart phone, gaming console, or any other device which has internet access or the ability to obtain internet or cellular connection.

Other:


The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.   Counties in bold designate the Ft. Myers Division.

## YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)      an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)      an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

(3)      any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

Revised 2/14  AO 199A  Order Setting Conditions of Release

(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

*Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.*

*Forfeiture*
*If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.*

ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above. *I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.*

_____      _____
Co-Signer- David Milton Erdmann (Father)      Signature of Defendant

_____
Third Party Custodian

*We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.*

DIRECTIONS TO THE UNITED STATES MARSHAL

X      The defendant is **ORDERED** released after processing.

☐      The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

_____
CAROL MIRANDO
UNITED STATES MAGISTRATE JUDGE

Dated: MAY 26, 2016