

| | | |
|---|---|---|
| 2110 First Street, Suite 3-137<br>Fort Myers, Florida 33901<br>239/461-2200<br>239/461-2219 (Fax) | **U.S. Department of Justice**<br>*United States Attorney*<br>*Middle District of Florida* | 300 N. Hogan Street, Suite 700<br>Jacksonville, Florida 32202<br>904/301-6300<br>904/301-6310 (Fax) |
| 35 SE 1st Avenue, Suite 300<br>Ocala, Florida 34471<br>352/547-3600<br>352/547-3623 (Fax) | **Main Office**<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br>813/274-6000<br>813/274-6358 (Fax) | 400 West Washington Street, Suite 3100<br>Orlando, Florida 32801<br>407/648-7500<br>407/648-7643 (Fax) |

Reply to: **Fort Myers, FL**                                                                                                                   MCB/cc

June 6, 2016

AFPD Ellis Summers
Federal Public Defender's Office
1514 Broadway, Ste. 301
Fort Myers, Florida 33901

      Re: <u>United States v. Eric David Erdmann, a/k/a Eric Erdman</u>,
          Case No. 2:16-cr-62-FtM-99MRM

Dear Mr. Summers:

    In connection with the above-captioned case and pursuant to Fed. R. Crim. P. 16(a), please be advised of the following:

    1. With respect to the substance of any oral statement which the government intends to offer in evidence at trial made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent, please be advised that any such statements have been provided in discovery.

    2. As soon as we obtain any judgments concerning the defendant, they will be forwarded to you. Please be advised that we may seek to introduce evidence pursuant to Federal Rules of Evidence, Section 404(b), with regard to, <u>inter alia</u>, any prior actions by the defendant.

3. With regard to the below-listed items, they are available for you to inspect upon reasonable notice:

a. Fingerprint examination report

You can make arrangements to view the originals and obtain copies of any items you deem necessary by calling Deputy U.S. Marshal Ebenezer Paikai, with the United States Marshal's Service at (239) 603-8244.

4. I have provided your office with copies of law enforcement records which are relevant to the above-noted case. I will forward any additional records which come into my possession upon receipt.

5. I will provide to your office any reports of examinations and tests upon receipt.

6. The government may call an expert in fingerprint analysis during its case-in-chief at trial.

7. We are aware of continuing discovery obligations pursuant to Fed. R. Crim. P. 16(c) and will make you aware of such materials as soon as practicable if such materials come to our attention.

8. Pursuant to Fed. R. Crim. P. 16(b), the United States requests the following:

a. Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial. Fed. R. Crim. P. 16(b)(1)(A).

b. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony. Fed. R. Crim. P. 16(b)(1)(B).

c. A written summary of testimony that the defendant intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, describing the witnesses' opinions, the bases and reasons for those opinions and the witnesses' qualifications. Fed. R. Crim. P. 16 (b)(1)(C).

June 6, 2016

If you have any questions concerning any of the foregoing, please do not hesitate to contact the undersigned.

Sincerely,

A. LEE BENTLEY, III
United States Attorney

By: _____

Michael C. Baggé-Hernández
Assistant United States Attorney