UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:16-cr-62-FtM-UAMRM

ERIC DAVID ERDMANN

| | | | |
|---|---|---|---|
| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Michael Bagge-Hernandez |
| **Deputy Clerk:** | Libby Figgers | **Counsel for Defendant:** | George Ellis Summers, Jr. |
| **Court Reporter** | Lori Bundy | **Pretrial/Probation** | No Officer Present |
| **Date/Time** | June 13, 2016 09:30 AM | **Interpreter** | |

## Status Conference

Discovery to be provided this week. Defense counsel requests an additional 2 month continuance. For the reasons stated on the record, the Court continues the matter to the September 2016 trial term with an August 8, 2016 status conference.