UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:16-cr-62-FtM-99MRM

ERIC DAVID ERDMANN

| | | | |
|---|---|---|---|
| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Michael Bagge Hernandez |
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | Ellis Summers |
| **Court Reporter** | Lori Bundy | | |
| **Date/Time** | August 8, 2016 09:30 AM | | |

## Status Conference

Start Time: 9:55 AM Defense requests a one cycle continuance. No objections from the Government. For the reasons stated on the record, the Court grants a continuance to the October 3, 2016 trial term with a September 12, 2016 status conference.

End time: 9:56 AM