UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:16-cr-62-FtM-UAMRM

ERIC DAVID ERDMANN

---

**ORDER**

This cause is before the Court following a status conference held September 12, 2016. At the hearing, defense counsel moved for a continuance of trial until the November 2016 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the November 2016 trial term, commencing November 7, 2016. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the November 2016 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **October 11, 2016** at **9:30 AM** before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 13th day of September, 2016.

Sheri Polster Chappell
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record