<u>Exhibit "B"</u>
<u>USCIS Processing Time Information</u>
<u>for the California Service Center</u>

See attached.



**U.S. Citizenship and Immigration Services**

Home | Español | Site Map

Search [ Search ]

| FORMS | NEWS | RESOURCES | LAWS | OUTREACH | ABOUT US |

## USCIS Processing Time Information

[ Print This Page ] [ Back ]

### USCIS Processing Time Information for the California Service Center

### How To Use the Chart

The chart below shows most forms processed at our Service Centers.

### Important Information About Form I-765, Application for Employment Authorization

You can submit an inquiry about your Form I-765 if your case has been pending more than 75 days.

- Please note that for Form I-765 category (c)(8), based on a pending asylum application, the processing timeframes listed apply only to an initial filing.
- Please note that the 90-day period for adjudicating Form I-765 category (c)(33) filed with Form I-821D, requesting deferred action for childhood arrivals, does not begin until we make a decision on your request for deferred action.

**Field Office Processing Dates for California Service Center as of: July 31, 2016**

| Form | Title | Classification or Basis for Filing: | Processing Cases As Of Date: |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 2.5 Months |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | December 15, 2015 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | December 15, 2015 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | December 15, 2015 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 1 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 1 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 24, 2016 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | July 13, 2016 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Weeks |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | February 12, 2016 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | 5 Months |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | 5 Months |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | November 16, 2015 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | May 12, 2015 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | March 12, 2012 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | May 17, 2011 |
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 12, 2016 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Religious workers | January 12, 2016 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 19, 2014 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 2, 2016 |

| Form | Title | Classification or Basis for Filing: | Processing Cases As Of Date: |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | December 15, 2015 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | 2.5 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | 2.5 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | 2.5 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | December 15, 2015 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | 2.5 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 26, 2016 |
| I-601 | Application for Waiver of Grounds of Inadmissibility | Waiver of Grounds of Inadmissibility | 4 Months |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | September 16, 2015 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 3 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 3 Months |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 3 Months |
| I-821 | Application for Temporary Protected Status | El Salvador extension | 3 Months |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | 3 Months |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | 3 Months |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | 3 Months |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Deferred Action | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 3 Months |

Print This Page   Back

Last Updated: September 15, 2016

Contact Us
Site Map (Index)
Careers at USCIS
Adobe PDF Reader
Windows Media Player

White House.gov
US Department of State
USA.gov
SAVE
SAVE Case Check

U.S. Department of Homeland Security
US Customs & Border Patrol
US Immigration & Customs Enforcement

Freedom of Information Act (FOIA)
No FEAR Act
Website Policies
Privacy Policy
Accessibility

https://egov.uscis.gov/cris/processingTimesDisplay.do;jsessionid=abcKtoFiQHec4dyN2ly...   9/23/2016